UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARILYN ETHEL HARP,

Defendant.

_______________________________/

Case No. 1:26-cr-61

Hon. Hala Y. Jarbou

**CHAMBERS NOTICE**

Chambers has reviewed the following recent filing and notifies the filer as follows:

TO: Terese A. Paletta

RE: Defendant's Motion for Variance and Sentencing Memorandum (ECF No. 17)

REASON FOR NOTICE: Request for departure or variance was not submitted separately from sentencing memorandum. Further, the main document appears to be a scanned PDF and not rendered to PDF.

RECOMMENDED ACTION: Re-file request for departure or variance separately from sentencing memorandum. A corrected main document should be filed. Reference CORRECTED both in the heading of the document as well as the docket text of the entry, if available.

INFORMATION FOR FUTURE REFERENCE: Pursuant to W.D. Mich. LCrR 32.2(g), any request for a departure or variance must be submitted separately and clearly captioned as such.
A scanned document is not text−searchable. Rendered documents are text−searchable and provide the reviewing judicial officer with an electronic link to the cited authority or page in the record where the evidence is found. W.D. Mich. LCrR 49.2

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

Dated: November 3, 2026

/s/ A. Seymore
CASE MANAGER