UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARILYN ETHEL HARP,

Defendant.
__________________________________/

Case No. 1:26-cr-00061

Hon. Hala Y. Jarbou
Chief United States District Judge

**FINAL ORDER OF FORFEITURE**

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. No third party petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED that:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 982(a)(2)(A):

   a. $643,852.38 seized from LPL Financial joint brokerage account ending 4839 held in the name of Marilyn Harp and Michael Harp; and

   b. $2,324.24 seized from Michigan One Community Credit Union checking account ending in 2605, member number 27226, held in

the name of Marilyn Harp and Michael Harp; and

c. $5,000 from Michigan One Community Credit Union on or about August 7, 2026

(hereinafter the "Subject Property");

2. Pursuant to 18 U.S.C. § 982(a)(2)(A), all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

3. The Subject Property shall be disposed of by the Federal Bureau of Investigation and/or the United States Marshals Service and/or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated: November 3, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge